IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANGELA ACEVEDO, on Behalf of Herself and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | Civil Action No.<br>1:16-cv-00024-MV-LF |

**JOINT STATUS REPORT REGARDING MEDIATION**

Pursuant to the Court's April 18, 2019 Order (Dkt. No. 73), Plaintiff ANGELA ACEVEDO and Defendant SOUTHWEST AIRLINES CO. (collectively, the "Parties"), hereby notify the Court that the Parties voluntarily engaged in mediation on May 21, 2019.  As a result of the mediation, and despite the fact that no class has been sought or certified in this case, the Parties tentatively reached a class-wide settlement regarding Plaintiff's overtime claim asserted under the New Mexico Minimum Wage Act ("NMMWA").[1]  Specifically, the Parties state that the class-wide settlement is contingent on the Court's approval of its *confidential* settlement agreement (among other terms), which the Parties intend to file under seal.  The Parties will file their joint motion for settlement approval, and will simultaneously submit for *in camera* review of the corresponding settlement documents, within fourteen (14) days of this filing.

[*SIGNATURE BLOCK ON FOLLOWING PAGE*]

---

[1] All other claims asserted by Plaintiff in the Litigation—including overtime and minimum wage claims under the Fair Labor Standards Act ("FLSA"); minimum wage claims under the NMMWA; quantum meruit claims; and unjust enrichment claims—were dismissed with prejudice by either the Court or Plaintiff.

Respectfully submitted this 3rd day of June, 2019.

FOR PLAINTIFF:

*/s/ Don J. Foty*

Don J. Foty
KENNEDY HODGES, LLP
4409 Montrose Blvd., Suite 200
Houston, TX 77006
713-523-0001
Fax: 713-523-1116
Email: dfoty@kennedyhodges.com

Daniel M. Faber
LAW OFFICE OF DANIEL FABER
4620C Jefferson Lane NE
Albuquerque, NM 87109
505-830-0405
Fax: 505-830-3641
Email: dan@danielfaber.com

FOR DEFENDANT:

*/s/ Patricia G. Griffith*

Patricia G. Griffith
pgriffith@fordharrison.com
Patrick L. Ryan
pryan@fordharrison.com
FORDHARRISON LLP
271 17th Street, NW, Suite 1900
Atlanta, GA  30363
Telephone:      404-888-3800
Facsimile:      404-888-3863
*Attorneys for Defendant Southwest*
*Admitted Pro Hac Vice*


*/s/ Mia L. Kern*

Mia L. Kern
mlk@modrall.com
Earl E. DeBrine, Jr.
edebrine@modrall.com
MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.
P. O. Box 2168
Albuquerque, NM 87103
Telephone: (505) 848-1800
*Local Counsel for Defendant Southwest*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| ANGELA ACEVEDO, on Behalf of Herself and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST AIRLINES CO.,<br><br>Defendant. | Civil Action No.<br>1:16-cv-00024-MV-LF |

**CERTIFICATE OF SERVICE**

I certify that on June 3, 2019, I filed a copy of the foregoing using the CM/ECF system, which will automatically send an e-mail notification of such filing to these attorneys of record:

Don J. Foty
Kennedy Hodges, LLP
4409 Montrose Blvd, Suite 200
Houston, TX  77006
dfoty@kennedyhodges.com

Daniel M. Faber
Law Office of Daniel Faber
4620C Jefferson Lane NE
Albuquerque, NM 87109
dan@danielfaber.com

*s/ Patricia G. Griffith*
Attorney for Defendant

WSACTIVELLP:10559450.1

3