# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANGELA ACEVEDO, on Behalf of Herself and on Behalf of all Others Similarly Situated,

    Plaintiff,

v.

SOUTHWEST AIRLINES CO.,

    Defendant.

Civil Action No.
1:16-cv-00024-MV-LF

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition on December 12, 2019. Doc. 93. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. On December 16, 2019, the parties filed a notice stating that they do not object to the Magistrate Judge's proposed findings and recommended disposition. Doc. 95.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 93) are ADOPTED;

2. The parties' Rule 23 class settlement is approved;

3. The incentive award to the Named Plaintiff is approved;

4. The attorney's fees, litigation costs, and administrator costs are approved; and

5. The parties' settlement agreement will remain confidential and under seal.

_____
UNITED STATES DISTRICT JUDGE